# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Keira M., minor, by next friend STACIE ODENEAL, *et al.*, ) ) ) | |
| *Plaintiffs*, ) | |
| v. ) ) | Civil No. 3:25-cv-00566 |
| MARGIE QUIN, Commissioner, Tennessee Department of Children's Services, *et al.*, ) ) ) | Judge Trauger |
| *Defendants*. ) | |

## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants, by and through their undersigned counsel, hereby move this Honorable Court to dismiss Plaintiffs' First Amended Complaint (ECF 25) under Federal Rule of Civil Procedure 12(b) for lack of jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. The bases for this Motion are set forth in the Defendants' accompanying Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

September 5, 2025

/s/Philip Peisch
Philip J. Peisch
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th St. NW, Suite 505
Washington, DC 20036
ppeisch@brownandpeisch.com

/s/ Jordan K. Crews
Jordan K. Crews, BPR #34541
Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-7913
jordan.crews@ag.tn.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Philip Peisch, hereby certify that I caused a true and correct copy of the foregoing to be filed through the ECF system and served electronically on the registered participants as identified on the Notice of Electronic Filing.

September 5, 2025 /s/ Philip Peisch