**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KEIRA M. *Minor, by next friend* STACIE )
ODENEAL, ET AL., )
            )
    Plaintiffs, )
            )
v. )      Civil No.   3:25-cv-566
            )      Judge Trauger
MARGIE QUIN, *Commissioner, Tennessee* )
*Department of Children's Services*, ET AL., )
            )
    Defendants. )

## <u>ORDER</u>

The defendants have filed a Motion for Extension of Time to File a Response to Plaintiffs' Emergency Motion for a Preliminary Injunction and to Continue the Hearing Scheduled for April 8, 2026 (Doc. No. 71), to which the plaintiffs have filed a Response in Opposition (Doc. No. 72). The motion is GRANTED. The defendants shall respond to the plaintiffs' Emergency Motion for a Preliminary Injunction (Doc. No. 66) by April 6, 2026, and the plaintiffs may file a reply by April 13, 2026. The preliminary injunction hearing is hereby RESET for Friday, April 17, 2026 at 1:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge