**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| KEIRA M. *Minor, by next friend* STACIE ODENEAL, ET AL., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.   3:25-cv-566 |
| | ) | Judge Trauger |
| MARGIE QUIN, *Commissioner, Tennessee Department of Children's Services*, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

It is hereby ORDERED that the stay of discovery is hereby LIFTED as of April 20, 2026,

and this case is set for an initial case management conference on Monday, May 18, 2026 at 3:30

p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge